IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE

      Petitioner,                No. CIV S-03-0376 GEB KJM P

    vs.

D.L. RUNNELS, et al.,

      Respondents.               ORDER

_____/

        Under Rule 5(c) of the Rules Governing Section 2254 Cases, the respondent must attach those portions of the transcript he deems relevant, but the court may order that respondent furnish other portions of the transcripts, even of previously untranscribed proceedings, on its own motion.

        Respondent filed his answer on March 24, 2003. However, respondent did not provide the transcript of the pre-trial state court proceedings on June 22, 2000. If there is a transcript of the June 22, 2000 proceeding, the respondent is directed to lodge it with the court. If this proceeding has not been transcribed, the respondent is directed to have the June 22, 2000 proceeding transcribed and subsequently lodged with the court.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that respondent is directed to lodge the June 22, 2000 state court proceedings within thirty days of the date of this order.

DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

whit2071.rt