IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE

    Petitioner,                   No. CIV S-03-0376 GEB KJM P

    vs.

D.L. RUNNELS, et al.,

    Respondents.               <u>ORDER</u>

        Under Rule 5(c) of the Rules Governing Section 2254 Cases, the respondent must attach to his answer those portions of the transcript he deems relevant, but the court may order that respondent furnish other portions of the transcripts, even of previously untranscribed proceedings, on its own motion.

        Respondents filed their answer on March 24, 2003. This court ordered respondents to provide a transcript of the pre-trial state court proceedings held on June 22, 2000. On July 20, 2005, respondents informed the court that their review of the record revealed no state court proceedings on that date except for the filing of an amended information. Respondents' Response to Order of June 30, 2005 at 1. However, on June 22, 2000 in Department 61, Judge Ure granted the people's motion to amend the complaint, denied petitioner's motion for transcripts and carried over petitioner's oral motion for a court trial to the

1  next day. See CT 4. The CSR, which the court takes to mean Certified Shorthand Reporter, for
2  that day's events was #6489. Id.
3       If there is a transcript of the June 22, 2000 proceeding, respondents are directed
4  to lodge it with the court. If this proceeding has not been transcribed, respondents must have the
5  June 22, 2000 proceeding transcribed and subsequently lodged with the court.
6       Accordingly, IT IS HEREBY ORDERED that respondent is directed to lodge the
7  June 22, 2000 state court proceedings within thirty days of the date of this order.
8  DATED: July 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

spen0376..rt2