1  DENNIS S. WAKS, #142581
   Acting Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Petitioner
   GERALD SPENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPENCE, | ) NO. Civ. S 03-0376 GEB KJM P |
| Petitioner, | ) |
| v. | ) **ORDER MODIFYING BRIEFING SCHEDULE** |
|  | ) **RE OBJECTIONS TO FINDINGS &** |
| D.L. RUNNELS, et al., | ) **RECOMMENDATIONS** |
| Respondents. | ) |
| _____ | ) Judge: Hon. Kimberly J. Mueller |

Based on the unopposed request of petitioner, and good cause appearing therefor, the time for filing objections to the findings and recommendations is extended up to and including February 27, 2006. Any reply to the objections shall be served and filed within ten days after service of the objections.

Dated: February 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE