IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD SPENCE,

    Petitioner,                    2:03-cv-0376-GEB-KJM-P

    vs.

D.L. RUNNELS, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 27, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Both plaintiff and respondent have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 27, 2006, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is granted on the ground that his <u>Faretta</u> waiver was not knowing or intelligent, but denied on all other grounds; and

3. Petitioner shall be released unless the State commences to retry him within sixty days from the date on which this Order is filed.

Dated: May 23, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```